1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant SCOT ALLAN BEANE

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 3:08-MJ-70206-MAG-1 |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER CONTINUING DETENTION |
| SCOT ALLAN BEANE, | ) HEARING DATE |
| Defendant. | ) |

17      The undersigned parties stipulate as follows:

18  1.  This matter is currently set for detention hearing on April 17, 2008 at 9:30 a.m.

19  2.  Defense counsel must be in District Court in Oakland that morning on another matter.

20      Accordingly, the parties are requesting that the detention hearing be rescheduled for

21      April 18, 2008 at 9:30 a.m.

22  //
23  //
24  //

STIP. AND [PROP] ORDER
No. 3:08-MJ-70206-MAG-1

1 | IT IS SO STIPULATED

3 | Date: April 15, 2008                    _____/S/_____
                                            NED SMOCK
4 |                                         Assistant Federal Public Defender

5 | Date: April 15, 2008                    _____/S/_____
                                            LARA KROOP
6 |                                         Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOT ALLAN BEANE,<br><br>Defendant. | No. 3:08-MJ-70206-MAG-1<br><br>[PROPOSED] ORDER |

For GOOD CAUSE SHOWN, it is hereby ORDERED that the detention hearing, previously set by this Court for April 17, 2008 at 9:30 a.m., shall be continued to April 18, 2008, at 9:30 a.m.

Date:

_____
HONORABLE JAMES LARSON
CHIEF UNITED STATES MAGISTRATE JUDGE

STIP. AND [PROP] ORDER
No. 3:08-MJ-70206-MAG-1