IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SCOT ALLAN BEANE,<br><br>　　　　　Defendant. | No. 3:08-MJ-70206-MAG-1<br><br>[PROPOSED] ORDER |

For GOOD CAUSE SHOWN, it is hereby ORDERED that the detention hearing, previously set by this Court for April 17, 2008 at 9:30 a.m., shall be continued to April 18, 2008, at 9:30 a.m.

Date: April 16, 2008

_____
HONORABLE JAMES LARSON
CHIEF UNITED STATES MAGISTRATE JUDGE

STIP. AND [PROP] ORDER
No. 3:08-MJ-70206-MAG-1

3