AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT

☐ SUPERSEDING

───── OFFENSE CHARGED ─────

Title 18 United States Code, Section 2113(a) - Bank Robbery
Title 18 United States Code, Section 751(a) - Escape from Custody

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

E-filing

PENALTY:    Please see "Attachment A."

───── Name of District Court, and/or Judge/Magistrate Location ─────

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

▶ SCOT ALLAN BEANE

DISTRICT COURT NUMBER

PJH

───── PROCEEDING ─────

Name of Complaintant Agency, or Person (& Title, if any)

_____

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY    ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.
_____

} MAGISTRATE CASE NO.
3-08-70206

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney    ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Lara M. Kroop

───── DEFENDANT ─────

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?
☐ Yes
☐ No
} If "Yes" give date filed _____

DATE OF ARREST ▶    Month/Day/Year    April 10, 2008

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year _____

☐ This report amends AO 257 previously submitted

───── ADDITIONAL INFORMATION OR COMMENTS ─────

PROCESS:
☐ SUMMONS    ☒ NO PROCESS*    ☐ WARRANT

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance

Defendant Address:

_____

Comments:

Bail Amount: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

---

### UNITED STATES OF AMERICA,

### V.

E-filing

CR 08 0260

PJH

SCOT ALLAN BEANE

### DEFENDANT(S).

---

# INDICTMENT

VIOLATIONS: Title 18, United States Code, Section 751(a) -
Escape from Custody; Title 18, United States Code Section 2113(a)-
Bank Robbery (Three Counts)

---

A true bill.

_____
Foreman

Filed in open court this __22-1__ day of

__APRIL 2008__ .

_____
Clerk

Bail, $ __No Process__

## ATTACHMENT A

**18 U.S.C. Section 2113 (a) - Bank Robbery (Three Counts)**

Maximum Term of Imprisonment of 20 years (Class C Felony);
Maximum Fine of $250,000;
3 years of Supervised Release;
$100 Special Assessment.

**18 U.S.C. Section 751(a) - Escape from Custody**

Maximum Term of Imprisonment of 5 years (Class D Felony);
Maximum Fine of $250,000;
3 years of Supervised Release;
$100 Special Assessment.

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3

4

5

6

7                              E-filing

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION              **PJH**

12
                                    CR 08        0260
13  UNITED STATES OF AMERICA,       )  No.
                                    )
14          Plaintiff,              )  VIOLATIONS: Title 18, United States
                                    )  Code, Section 751(a) - Escape from
15     v.                           )  Custody; Title 18, United States Code
                                    )  Section 2113(a) - Bank Robbery (Three
16  SCOT ALLAN BEANE,               )  Counts)
                                    )
17          Defendant.              )
                                    )  SAN FRANCISCO VENUE
18 _____ )

19                    I N D I C T M E N T

20  The Grand Jury charges:

21  COUNT ONE: 18 U.S.C. § 751(a) - Escape from Custody

22      On or about April 3, 2008, in the Northern District of California, the defendant,

23                        SCOT ALLAN BEANE,

24  having been in the custody of the United States Bureau of Prisons pursuant to a criminal judgment

25  and sentence ordered by the United States District Court for the Northern District of California in

26  the matter of United States v. Scot Allan Beane, CR 01-0156 SI, did knowingly and voluntarily

27  leave custody without permission, in violation of Title 18, United States Code, Section 751(a).

28  ///

    INDICTMENT

1  COUNT TWO:  18 U.S.C. § 2113(a) - Bank Robbery

2          On or about April 7, 2008, in the Northern District of California, the defendant,

3                         SCOT ALLAN BEANE,

4  did knowingly, and by force, violence and intimidation, take from the persons and presence of

5  employees of the Washington Mutual Bank, 2166 Chestnut Street, San Francisco, California,

6  approximately $6,600 in United States currency belonging to and in the care, custody, control,

7  management, and possession of said Bank, the deposits of which were insured by the Federal

8  Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

9  COUNT THREE:  18 U.S.C. § 2113(a) - Bank Robbery

10         On or about April 9, 2008, in the Northern District of California,  the defendant,

11                        SCOT ALLAN BEANE,

12 did knowingly, and by force, violence and intimidation, take from the persons and presence of

13 employees of the US Bank, 443 Castro Street, San Francisco, California, approximately $3,575 in

14 United States currency belonging to and in the care, custody, control, management, and

15 possession of said Bank, the deposits of which were insured by the Federal Deposit Insurance

16 Corporation, in violation of Title 18, United States Code, Section 2113(a).

17 COUNT FOUR:  18 U.S.C. § 2113(a) - Bank Robbery

18         On or about April 10, 2008, in the Northern District of California,  the defendant,

19                        SCOT ALLAN BEANE,

20 did knowingly, and by force, violence and intimidation, take from the persons and presence of

21 employees of the Bank of the West, 295 Bush Street, San Francisco, California, approximately

22 $3,305 in United States currency belonging to and in the care, custody, control, management, and

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

INDICTMENT

1  possession of said Bank, the deposits of which were insured by the Federal Deposit Insurance

2  Corporation, in violation of Title 18, United States Code, Section 2113(a).

3

4  DATED:                                        A TRUE BILL.

5

6                                                FOREPERSON

7  JOSEPH P. RUSSONIELLO
   United States Attorney
8

9  GREGG W. LOWDER
10 Chief, Major Crimes Section

11

12 (Approved as to form:                        )
                        SAUSA KROOP
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   INDICTMENT