JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

LARA M. KROOP (CABN 239512)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7129
Facsimile: (415) 436-7234
E-Mail: Lara.Kroop2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOT ALLAN BEANE<br><br>　　　　Defendant. | Criminal No. CR 08-0260 PJH<br><br>[PROPOSED] ORDER AND<br>STIPULATION EXCLUDING TIME<br>FROM APRIL 28, 2008 TO MAY 7, 2008 |

　　　　The parties appeared before the Honorable James Larson on April 28, 2008. With the agreement of counsel for both parties, the Court found and held as follows:

　　　　1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 28, 2008 to May 7, 2008, in light of the need for the defendant's counsel to review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0260 PJH**

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from April 28, 2008 to May 7, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from April 28, 2008 to May 7, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 4/28/08

/s/
EDWARD AUSTIN SMOCK
Counsel for Scot Allan Beane

DATED: 4/28/08

/s/
LARA M. KROOP
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: April 29, 2008

THE HON. JAMES LARSON
United States Magistrate Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0260 PJH                              2