UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** May 7, 2008    **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-0260 PJH

**Case Name:** UNITED STATES v. SCOTT A. BEANE (C)

**Attorney for Plaintiff:** Lara Kroop
**Attorney for Defendant:** Ned Smock

**Deputy Clerk:** Nichole Heuerman    **Court Reporter:** Joan Columbini

**PROCEEDINGS**

    Trial Setting-Held. The parties update the court regarding discovery. Defense counsel's request to continue the matter three weeks to have an opportunity to review discovery and meet and confer with client is granted by the court. The court informs the parties that a briefing schedule for motions or a trial date will be set at the next hearing. Time is excluded from 5/7/08 to 5/28/08 for effective preparation of counsel. The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** May 28, 2008 at 1:30 p.m. for Motions/Trial Setting .

--------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 5/7/08 Ends 5/28/08
--------------------------------------------------------------------------------------------------------------------

**cc:** chambers