1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  LARA M. KROOP (CABN 239512)
   Special Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-7129
   Facsimile: (415) 436-7234
8  E-Mail: Lara.Kroop2@usdoj.gov

9  Attorneys for the United States

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13
                                        )   Criminal No. CR 08-0260 PJH
14 UNITED STATES OF AMERICA,            )
                                        )
15      Plaintiff,                      )
                                        )   [PROPOSED] ORDER AND
16      v.                              )   STIPULATION EXCLUDING TIME
                                        )   FROM MAY 7, 2008 TO MAY 28, 2008
17 SCOT ALLAN BEANE,                    )
                                        )
18      Defendant.                      )
                                        )
19 _____)

20
21      The parties appeared before the Honorable Phyllis J. Hamilton on May 7, 2008.
22 With the agreement of counsel for both parties, the Court found and held as follows:
23      1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
24 3161, from May 7, 2008 to May 28, 2008.  Failure to grant the requested continuance would
25 unreasonably deny counsel reasonable time necessary for effective preparation, taking into
26 account the exercise of due diligence.
27      2.  Given these circumstances, the Court found that the ends of justice served by
28
   **[PROPOSED[ ORDER AND
   STIPULATION EXCLUDING TIME
   CR 08-0260 PJH**

excluding the period from May 7, 2008 to May 28, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 7, 2008 to May 28, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 5/07/08                                           /s/
                                                  NED SMOCK
                                                  Counsel for Scot Allan Beane

DATED: 5/07/08                                           /s/
                                                  LARA M. KROOP
                                                  Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____
                                                  THE HON. PHYLLIS J. HAMILTON
                                                  United States District Court Judge

[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0260 PJH                                    2