1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN STRETCH (CABN 163973)
   Chief, Criminal Division

4  LARA M. KROOP (CABN 239512)
   Special Assistant United States Attorney

5

6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-7129
   Facsimile: (415) 436-7234
8  E-Mail: Lara.Kroop2@usdoj.gov

9  Attorneys for the United States

10
                       UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN FRANCISCO DIVISION
13
                                              )   Criminal No. CR 08-0260 PJH
14  UNITED STATES OF AMERICA,                 )
                                              )
15         Plaintiff,                         )
                                              )   **[PROPOSED] ORDER AND
16    v.                                      )   STIPULATION EXCLUDING TIME
                                              )   FROM MAY 28, 2008 TO JUNE 25, 2008**
17  SCOT ALLAN BEANE,                         )
                                              )
18         Defendant.                         )
                                              )
19  _____     )

20

21        The parties appeared before the Honorable Phyllis J. Hamilton on May 28, 2008.

22  With the agreement of counsel for both parties, the Court found and held as follows:

23        1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24  3161, from May 28, 2008 to June 25, 2008.  Failure to grant the requested continuance would

25  unreasonably deny counsel reasonable time necessary for effective preparation, taking into

26  account the exercise of due diligence.

27        2.  Given these circumstances, the Court found that the ends of justice served by

28  **[PROPOSED[ ORDER AND
   STIPULATION EXCLUDING TIME
   CR 08-0260 PJH**

excluding the period from May 28, 2008 to June 25, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 28, 2008 to June 25, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 5/28/08                                          /s/
                                                    NED SMOCK
                                                    Counsel for Scot Allan Beane

DATED: 5/28/08                                          /s/
                                                    LARA M. KROOP
                                                    Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____
                                                    THE HON. PHYLLIS J. HAMILTON
                                                    United States District Court Judge

[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0260 PJH                          2