UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** May 28, 2008                               **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-0260 PJH

**Case Name:** UNITED STATES v. SCOTT A. BEANE (C)

**Attorney for Plaintiff:** Lara Kroop
**Attorney for Defendant:** Ned Smock

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Juanita Gonzalez

**PROCEEDINGS**

Trial Setting-Held. Defense counsel's request to continue matter until late June to complete further investigation is granted by the court. The court informs the parties that a trial date will be set at the next hearing. Time is excluded from 5/28/08 to 6/25/08 for effective preparation of counsel. The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** June 25, 2008 at 1:30 p.m. for Trial Setting.

-------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category   Begins 5/28/08 Ends 6/25/08
-------------------------------------------------------------------------------------------------------------

**cc:**    chambers