UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

Date: June 25, 2008                          JUDGE: Phyllis J. Hamilton

Case No: CR-08-0260 PJH

Case Name:   UNITED STATES   v.   SCOTT A. BEANE (C)

Attorney for Plaintiff:    Lara Kroop
Attorney for Defendant:   Ned Smock

Deputy Clerk: Nichole Heuerman                Court Reporter: Debra Pas

**PROCEEDINGS**

Change of Plea-Held. The defendant enters into an open plea. The defendant is sworn. The court finds the defendant to be fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The court finds a factual basis for the plea. The defendant enters a plea of guilty as to counts one, two, three and four of the indictment. The plea is accepted by the court. The defendant is adjudged guilty of the offenses. The matter is referred to probation to conduct a presentence investigation.

**CASE CONTINUED TO: September 10, 2008 at 1:30 p.m. for Sentencing.**

cc:    chambers