# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Docket Number: CR 08-00260-1 PJH |
| Scot Beane | ) |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___September 10, 2008___ be continued until ___September 3, 2008___ at ___1:30 p.m.___.

Date: 7/15/08

Phyllis J. Hamilton
United States District Judge

NDC-PSR-009 12/06/04