BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SCOT ALLAN BEANE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-260 PJH |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE** |
| vs. | ) ) | Current Date: September 3, 2008 |
| SCOT ALLAN BEANE, | ) ) | Requested Date: November 5, 2008 |
| Defendant. | ) ) | |

Scot Allan Beane entered a guilty plea on June 25, 2008. The matter is currently scheduled for sentencing on September 3, 2008. Defense counsel needs additional time to gather information and evidence to provide to United States Probation for inclusion in the Presentence Report. Defense counsel has discussed the matter with counsel for the United States and the assigned United States Probation Officer. All parties jointly request that the current sentencing date be vacated and a new sentencing date be set for November 5, 2008.

| | |
|---|---|
| July 28, 2008<br>Date | /s/ Ned Smock<br>Ned Smock<br>Assistant Federal Public Defender |
| July 28, 2008<br>Date | /s/ Lara Kroop<br>Lara Kroop<br>Assistant United States Attorney |

Stip to Continue                                                                1

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

2

3                                   **ORDER**

4

5     Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY

6  ORDERED THAT the above-captioned matter is reset for sentencing on November 5, 2008 at

   1:30 p.m.

7

8  IT IS SO ORDERED.

9

10  7/30/08
    _____
11  Date

                                                IT IS SO ORDERED
                                                [signature]
                                                Judge Phyllis J. Hamilton
                                                United States District Court
                                                Northern District of California