1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant SCOT ALLAN BEANE

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   No. CR-08-260 PJH
                                    )
11           Plaintiff,              )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER FOR CONTINUANCE**
12 vs.                              )
                                    )   Current Date: November 5, 2008, 2008
13 SCOT ALLAN BEANE,                )   Requested Date: November 19, 2008
                                    )
14           Defendant.              )
                                    )

16      Scot Allan Beane entered a guilty plea on June 25, 2008. The matter is currently

17 scheduled for sentencing on November 5, 2008. This week defense counsel will be providing

18 information to United States Probation for inclusion in the Presentence Report. Additional time

19 is needed to ensure that this information can be included in the report. Defense counsel has

20 discussed the matter with counsel for the United States and the assigned United States Probation

21 Officer. All parties jointly request that the current sentencing date be vacated and a new

22 sentencing date be set for November 19, 2008.

23   October 7, 2008                          /s/ Ned Smock
     Date                                     Ned Smock
24                                            Assistant Federal Public Defender

25   October 7, 2008                          /s/ Lara Kroop
     Date                                     Lara Kroop
26                                            Assistant United States Attorney

*U.S. v. Scot Allan Beane*, No. CR 08-260 PJH
Stipulation and [Proposed} Order for Continuance        1

**ORDER**

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED THAT the above-captioned matter is reset for sentencing on November 19, 2008 at 1:30 p.m.

IT IS SO ORDERED.

10/15/08
Date

PHY
Unite
Judge Jeffrey S. White

APPROVED

*U.S. v. Scot Allan Beane*, No. CR 08-260 PJH
Stipulation and [Proposed] Order for Continuance          2